UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONNA M. ACKERLY, CHARLES W. GARSKE, RICHARD J. GOTTCENT, and MICHAEL SEDLAK,<br><br>    Defendants. | Cr. No. 16-10233-RGS |

**DEFENDANT CHARLES W. GARSKE'S
MOTION FOR SEVERANCE BASED UPON ANTAGONISTIC DEFENSES**

Defendant Charles W. Garske respectfully moves for severance pursuant to Federal Rules of Criminal Procedure 8(b) and 14(a).

This Motion is supported by a memorandum, declarations, and several exhibits, which will be filed *ex parte* under seal to avoid disclosing defense strategies.

Respectfully submitted,

Charles W. Garske

By his counsel,

/s/ Justine A. Harris
Justine Harris (*Pro Hac Vice*)
Michael Gibaldi (*Pro Hac Vice*)
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, NY 10004
Telephone: (212) 202-2600
jharris@shertremonte.com
mgibaldi@shertremonte.com

                                        Anthony E. Fuller (BBO # 633246)
                                        HOGAN LOVELLS US LLP
                                        100 High Street
                                        Boston, MA 02110
                                        Telephone:  (617) 371-1000
                                        anthony.fuller@hoganlovells.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above document was filed on the date appearing in the header of this page through the ECF system, which will send true copies of the document to the attorneys of record for each party.

                                        /s/ Michael W. Gibaldi

                                        Michael W. Gibaldi