# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONNA M. ACKERLY, CHARLES W. GARSKE, RICHARD J. GOTTCENT, and MICHAEL SEDLAK,<br><br>　　　　Defendants. | Cr. No. 16-10233-RGS |

## DEFENDANT MICHAEL SEDLAK'S MOTION JOINING THE MOTION OF DEFENDANT CHARLES W. GARSKE IN SEEKING A SEVERANCE

Defendant Michael Sedlak respectfully moves to join Defendant Charles W. Garske's motion for severance pursuant to Federal Rules of Criminal Procedure 8(b) and 14(a), ECF No. 320.  This Motion is supported by the accompanying declaration of David Spears, filed *ex parte* and under seal.  Defendant Sedlak also relies on a memorandum, declarations, and several exhibits filed by Defendant Garske *ex parte* and under seal.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　By: /s/ David Spears
　　　　　　　　　　　　　David Spears (*Pro Hac Vice*)
　　　　　　　　　　　　　Josiah Pertz (*Pro Hac Vice*)
　　　　　　　　　　　　　SPEARS & IMES, LLP
　　　　　　　　　　　　　51 Madison Avenue
　　　　　　　　　　　　　New York, NY 10010
　　　　　　　　　　　　　Telephone:  (212) 213-6991
　　　　　　　　　　　　　spears@spearsimes.com
　　　　　　　　　　　　　jpertz@spearsimes.com

　　　　　　　　　　　　　*Counsel for Michael Sedlak*

## **CERTIFICATE OF SERVICE**

  I hereby certify that the above document was filed on the date appearing in the header of this page through the ECF system, which will send true copies of the document to the attorneys of record for each party.

                /s/ T. Josiah Pertz
                T. Josiah Pertz (*Pro Hac Vice*)
                SPEARS & IMES LLP
                51 Madison Avenue
                New York, New York 10010
                Telephone:  (212) 213-6996
                jpertz@spearsimes.com

                *Counsel for Michael Sedlak*